Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone:  310-640-1200
Facsimile:  310-640-0200
Email:  jrund@srlawyers.com

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLIED MODEL TRAINS, INC. | § | Case No. 2:15-20733-RK |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 15,355.00    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  45,274.59    Claims Discharged
    Without Payment:  NA

Total Expenses of Administration:  48,236.60

3) Total gross receipts of $ 93,511.19  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 93,511.19  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 48,236.60 | 48,236.60 | 48,236.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,531.25 | 2,531.25 | 2,531.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 696,701.72 | 580,907.73 | 580,907.73 | 42,743.34 |
| **TOTAL DISBURSEMENTS** | $ 696,701.72 | $ 631,675.58 | $ 631,675.58 | $ 93,511.19 |

4)  This case was originally filed under chapter 7 on  07/06/2015 .  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/16/2017                    By:/s/JASON M. RUND, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS - BANK OF AMERICA (CHECKING) | 1129-000 | 5,711.19 |
| INVENTORY | 1129-000 | 67,800.00 |
| INSURANCE CLAIM | 1290-000 | 20,000.00 |
| TOTAL GROSS RECEIPTS | | $93,511.19 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JASON M. RUND | 2100-000 | NA | 7,925.56 | 7,925.56 | 7,925.56 |
| JASON M. RUND | 2200-000 | NA | 1,024.52 | 1,024.52 | 1,024.52 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 87.12 | 87.12 | 87.12 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 561.75 | 561.75 | 561.75 |
| UNION BANK | 2600-000 | NA | 2,103.08 | 2,103.08 | 2,103.08 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,623.54 | 1,623.54 | 1,623.54 |
| SHERIDAN & RUND PC | 3110-000 | NA | 12,220.00 | 12,220.00 | 12,220.00 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 6,885.00 | 6,885.00 | 6,885.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 334.60 | 334.60 | 334.60 |
| VAN HORN AUCTIONS & APPRAISAL GROUP | 3610-000 | NA | 7,800.00 | 7,800.00 | 7,800.00 |
| VAN HORN AUCTIONS & APPRAISAL GROUP | 3620-000 | NA | 7,671.43 | 7,671.43 | 7,671.43 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 48,236.60 | $ 48,236.60 | $ 48,236.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | 0.00 | NA | NA | 0.00 |
| | Franchise Tax Board Bankruptcy Section MS: A-340 P.O. Box 2952 Sacramento, CA 95812-2952 | | 0.00 | NA | NA | 0.00 |
| 000001 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 858.25 | 858.25 | 858.25 |
| 000006A | STATE BOARD OF EQUALIZATION | 5800-000 | 0.00 | 1,673.00 | 1,673.00 | 1,673.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 2,531.25 | $ 2,531.25 | $ 2,531.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allen Drucker<br>PO Box 15005<br>Newport Beach, CA 92659 | | 219,990.00 | NA | NA | 0.00 |
| | Chase<br>P.O. Box 94014<br>Palatine, IL 94014 | | 2,000.00 | NA | NA | 0.00 |
| | Chicago North Western HS<br>2370 Ridgewood Dr.<br>Stevensville, MI 49127 | | 46.20 | NA | NA | 0.00 |
| | Continental Business Services<br>101 W. Mission Blvd #217<br>Pomona, CA 91766 | | 2,050.00 | NA | NA | 0.00 |
| | David Holmes<br>1246 Morningside Way<br>Venice, CA 90291 | | 0.00 | NA | NA | 0.00 |
| | Diesel Era<br>528 Dunkel School Rd<br>Halifax, PA 17032 | | 89.12 | NA | NA | 0.00 |
| | Digitrax<br>2443 Transmitter Rd<br>Panama City, FL 32404 | | 483.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | E Thomas Chavez Law<br>301 E Colorado Blvd # 611<br>Pasadena, CA 91101 | | 1,225.00 | NA | NA | 0.00 |
| | Ebay<br>PO Box 2179<br>Carol Stream, IL 60132 | | 477.73 | NA | NA | 0.00 |
| | Evergreen Scale Models<br>65 E. Bradrock Dr<br>Des Plaines, IL 60018 | | 646.10 | NA | NA | 0.00 |
| | George Spellmire<br>PO Box 661756<br>Los Angeles, CA 90066 | | 0.00 | NA | NA | 0.00 |
| | Golden State Water<br>5839 Green Valley Circle<br>#106<br>Culver City, CA 90230 | | 0.00 | NA | NA | 0.00 |
| | Hearthland Hobby Wholesale<br>6929 Seward Ave.<br>Lincoln, NE 68507 | | 5,627.55 | NA | NA | 0.00 |
| | Innovated Telecom Systems<br>269 Shadybrook Dr.<br>Beverly Hills, CA 90210 | | 105.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kalmbach Publishing<br>21027 Crossroads Circle<br>Waukesha, WI 53187 | | 674.00 | NA | NA | 0.00 |
| | Karie Collins<br>4112 Lincoln Ave<br>Culver City, CA 90232 | | 0.00 | NA | NA | 0.00 |
| | Model Car Racing<br>6525 Gunnpark Dr. Suite 370-142<br>Boulder, CO 80301 | | 72.28 | NA | NA | 0.00 |
| | North American N Scale<br>PO Box 77296<br>Seattle, WA 98177 | | 111.60 | NA | NA | 0.00 |
| | Northwest Shortline<br>PO Box 1349<br>Hamilton, MT 59840 | | 13.72 | NA | NA | 0.00 |
| | Platinum Rail Publications<br>5811 75th Ave. NE<br>Marysville, WA 98270 | | 198.00 | NA | NA | 0.00 |
| | Railpace Co.<br>PO Box 229<br>Greentown, PA 18426 | | 28.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ribbon Rail Productions<br>407 East Chippewa St<br>Dwight, IL 60420 | | 234.00 | NA | NA | 0.00 |
| | Rio Grande M&HS<br>PO Box 25114<br>Colorado Springs, CO 80936 | | 70.00 | NA | NA | 0.00 |
| | Sam Feldman<br>2611 E. 4th Street, #4<br>Long Beach, CA 90814 | | 0.00 | NA | NA | 0.00 |
| | Southern California Edison<br>PO Box 300<br>Rosemead, CA 91772 | | 0.00 | NA | NA | 0.00 |
| | Southern Pacific HTS<br>1523 Howard Access Road<br>Unit A<br>Upland, CA 91786 | | 89.55 | NA | NA | 0.00 |
| | Timber Times<br>PO Box 19089<br>Portland, OR 97280 | | 49.55 | NA | NA | 0.00 |
| | UPS<br>PO Box 89482<br>Los Angeles, CA 90189 | | 2,276.67 | NA | NA | 0.00 |

Case 2:15-bk-20733-RK    Doc 75    Filed 11/17/17    Entered 11/17/17 14:47:25    Desc
Main Document    Page 10 of 26

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union Pacific HS PO Box 4006 Cheyenne, WY 82003 | | 240.00 | NA | NA | 0.00 |
| | Verizon PO Box 15124 Albany, NY 12212 | | 0.00 | NA | NA | 0.00 |
| | W.K. Walthers PO Box 3039 Milwaukee, WI 53201 | | 7,207.08 | NA | NA | 0.00 |
| | White River Productions PO Box 48 Bucklin, MO 64631 | | 495.57 | NA | NA | 0.00 |
| | Ztrack Magazine 6142 Northcliff Blvd. Dublin, OH 43016 | | 60.00 | NA | NA | 0.00 |
| 000009 | BRIAN BROOKS | 7100-000 | 138,272.00 | 239,353.46 | 239,353.46 | 17,615.70 |
| 000005 | CALIFORNIA HOBBY DISTRIBUTORS | 7100-000 | 1,000.00 | 915.04 | 915.04 | 67.34 |
| 000007 | CITY OF CULVER CITY | 7100-000 | 0.00 | 260.51 | 260.51 | 19.17 |
| 000003 | FRED AND JUDY HILL | 7100-000 | 151,062.00 | 182,796.46 | 182,796.46 | 13,453.28 |
| 000010 | NICHOLAS AND PATRICIA BARONE | 7100-000 | 159,462.00 | 153,659.76 | 153,659.76 | 11,308.91 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PACIFIC ALARM SYSTEMS | 7100-000 | 118.72 | 1,563.78 | 1,563.78 | 115.09 |
| 000004 | THE ORIGINAL WHISTLE STOP INC | 7100-000 | 812.47 | 812.47 | 812.47 | 59.79 |
| 000008 | THE SANTA FE RAILWAY HISTORICAL SOC | 7100-000 | 126.00 | 126.00 | 126.00 | 9.27 |
| 000002 | WOODLAND SCENICS | 7100-000 | 1,287.91 | 1,287.91 | 1,287.91 | 94.79 |
| 000006B | STATE BOARD OF EQUALIZATION | 7300-000 | NA | 132.34 | 132.34 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 696,701.72 | $ 580,907.73 | $ 580,907.73 | $ 42,743.34 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | ALLIED MODEL TRAINS, INC. | Date Filed (f) or Converted (c): | 07/06/15 (f) |
| | | 341(a) Meeting Date: | 08/10/15 |
| For Period Ending: | 03/31/18 | Claims Bar Date: | 10/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS - BANK OF AMERICA (CHECKING)<br>DEBTOR LISTED TWO CHECKING ACCOUNTS AT BANK OF<br>AMERICA AS A SINGLE ASSET WITH A COMBINED BALANCE.<br>FUNDS RECEIVED IN RESPONSE TO TRUSTEE'S REQUESTED<br>TURNOVER OF ACCOUNT FUNDS. | 4,000.00 | 5,711.19 | | 5,711.19 | FA |
| 2. CUSTOMER LISTS<br>THE TRUSTEE DOES NOT BELIEVE THE CUSTOMER LIST CAN<br>BE SOLD AS THE DATABASE INCLUDES FINANCIAL AND<br>PERSONAL INFORMATION REGARDING CUSTOMERS.<br>TRUSTEE HAS THE HARD DRIVES. | Unknown | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT<br>THE TRUSTEE INSPECTED THE ASSETS WITH SCOTT VAN<br>HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC<br>ON JULY 10, 2015.  THERE IS MINIMAL OFFICE EQUIPMENT<br>WHICH INCLUDES THE RACKING SYSTEM AND DISPLAY<br>CASES.  THE MAJORITY OF THE ASSETS CONSIST OF<br>INVENTORY.  PLEASE REFER TO ASSET NUMBER FIVE FOR A<br>COMPLETE DESCRIPTION OF THE BULK SALE BY WAY OF<br>PUBLIC AUCTION. | 12,855.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT<br>THE TRUSTEE INSPECTED THE ASSETS WITH SCOTT VAN<br>HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC<br>ON JULY 10, 2015.  THERE IS MINIMAL OFFICE EQUIPMENT<br>WHICH INCLUDES THE RACKING SYSTEM AND DISPLAY<br>CASES.  THE MAJORITY OF THE ASSETS CONSIST OF | 2,500.00 | 0.00 | | 0.00 | FA |

FORM

**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | ALLIED MODEL TRAINS, INC. | Date Filed (f) or Converted (c): | 07/06/15 (f) |
| | | 341(a) Meeting Date: | 08/10/15 |
| | | Claims Bar Date: | 10/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INVENTORY.  PLEASE REFER TO ASSET NUMBER FIVE FOR A COMPLETE DESCRIPTION OF THE BULK SALE BY WAY OF PUBLIC AUCTION. | | | | | |
| 5. INVENTORY | 60,000.00 | 35,000.00 | | 67,800.00 | FA |
| THE TRUSTEE INSPECTED THE ASSETS WITH SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC ON JULY 10, 2015. | | | | | |
| THE DEBTOR OPERATED AS A RETAILER OF MODEL TRAINS AND MODEL TRAIN SUPPLIES.  THE DEBTOR'S THE DEBTOR'S ASSETS INCLUDE, BUT ARE NOT LIMITED TO: THE LIONEL, WALTHERS, GENESIS, KATO, ATLAS, THOMAS, LGB, FLEISCHMANN AND MARKLIN MODEL TRAINS, IN O SCALE, HO SCALE, S SCALE, N SCALE,  RAILROAD TRACKS IN ALL GAUGES, FIGURINES, ACCESSORIES AND MODEL SCALE DECOR, SLOT CARS AND SLOT CAR TRACKS, MODEL PAINTING ACCESSORIES AND EQUIPMENT,  BOOKS AND POSTCARDS, CLOTHING, MAGAZINES, SIGNAGE, GONDOLA RACKING AND SHELVING, LIGHTED SHOWCASES, REPAIR EQUIPMENT, SOLDERING IRONS, OFFICE FURNITURE, FIXTURES AND EQUIPMENT, CASH REGISTERS, COMPUTERS, PRINTERS AND NORTEL PHONE SYSTEM.  THE INITIAL ESTIMATED LIQUIDATION VALUE PROVIDED WAS $35,000. | | | | | |
| THE ORDER APPROVING (1) RETENTION OF VAN HORN AUCTIONS & APPRAISAL GROUP, LLC AS AUCTIONEERS PURSUANT TO 11 U.S.C. §327; (2) REIMBURSEMENT OF COSTS TO AUCTIONEER FROM SALES PROCEEDS PURSUANT TO 11 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN |
| Case Name: | ALLIED MODEL TRAINS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/06/15 (f) |
| 341(a) Meeting Date: | 08/10/15 |
| Claims Bar Date: | 10/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| U.S.C. §330; (3) SALES PROCEDURES, AND SALE, OF THE DEBTOR'S PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES BY PUBLIC AUCTION PURSUANT TO 11 U.S.C. §363(B) WAS ENTERED ON AUGUST 26, 2015 ("ORDER").  THE ORDER APPROVING TRUSTEE'S MOTION TO MODIFY SALE PROCEDURE OF DEBTOR'S PERSONAL PROPERTY WAS ENTERED ON SEPTEMBER 30, 2015.  THE AMENDED SALE PROCEDURES MOTION WAS NECESSARY BECAUSE A FIRE ON AUGUST 27, 2015 DAMAGED APPROXIMATELY 20% OF THE INVENTORY.  AS A RESULT, THE TRUSTEE DETERMINED THAT MOST EFFICIENT MEANS TO LIQUIDATE THE ASSETS WAS IN A BULK SALE PUBLIC AUCTION.  THE AUCTION WAS CONDUCTED ON OCTOBER 14, 2015.  ORDER APPROVING REPORT OF AUCTIONEER ENTERED OCTOBER 20, 2015. | | | | | |
| 6. INSURANCE CLAIM (u)  THE TRUSTEE OBAINTED PERSONAL PROPERTY INSURANCE IN THE AMOUNT OF $35,000 BASED ON THE INITIAL VALUATION PROVIDED BY SCOTT VAN HORN OF VAN HORN AUCTIONS AND APPRAISAL GROUP, LLC DATED JULY 13, 2015.  ON AUGUST 27, 2015, THERE WAS A FIRE AT THE PREMISES WHICH BURNED APPROXIMATELY 20% OF THE INVENTORY AND CAUSED DAMAGE FROM SOOT AND HEAT TO MUCH OF THE REMAINING INVENTORY.  BASED ON ESTIMATED SALVAGE AMOUNT OF $13,000 TO $15,000 AND THE $1,000 DEDUCTIBLE, THE INSURANCE COMPANY PAID $20,000 | 0.00 | 20,000.00 | | 20,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN |
| Case Name: | ALLIED MODEL TRAINS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/06/15 (f) |
| 341(a) Meeting Date: | 08/10/15 |
| Claims Bar Date: | 10/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| PURSUANT TO POLICY PURCHASED BY THE TRUSTEE.<br><br>ORDER APPROVING COMPROMISE ENTERED DECEMBER 15, 2015. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $79,355.00 | $60,711.19 | | $93,511.19 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLOSING SUMMARY:

Case Background:

The Debtor operated as a retailer of model and model train supplies business from leased premises at 4371 Sepulveda Boulevard, Culver City, CA 90230 ("Premises").  The trustee visited the Premises and made arrangements to inventory the personal property and make sure the facility was secure.  The Trustee also arranged insurance which was paid pursuant to an Order approving cash disbursements entered November 10, 2015.

In addition to administering the personal property assets discussed below, the Trustee conducted an investigation/inquiry into the debtor's financial affairs, including reviewing business and financial records provided by the Debtor and one of the shareholders.

Assets Administered:

Ver: 20.00e

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | ALLIED MODEL TRAINS, INC. | Date Filed (f) or Converted (c): | 07/06/15 (f) |
| | | 341(a) Meeting Date: | 08/10/15 |
| | | Claims Bar Date: | 10/27/15 |

The debtor scheduled two deposit accounts at Bank of America as a single asset. The Trustee requested that the bank "freeze" the accounts and not permit any disbursements.  The amount turned over by the bank was $5,711.19.

The assets of the debtor's business included inventory, equipment and furnishings ("Personal Property Assets") located at the Premises.  The Trustee retained Van Horn Auctions & Appraisal Group, LLC ("Auctioneer") to assist him with an inventory, photographing and evaluating all of the debtor's Personal Property Assets.  The Trustee also determined that a public auction with multiple lots would be the most effective means to maximize the value of the Personal Property Assets.  The Auctioneer recommended conducting the auction at the Premises because of the significant cost associated with packing and moving.  Order authorizing employment of Van Horn Auctions & Appraisal Group, LLC as auctioneers and sale of personal property was entered August 26, 2015.  The auction sale was scheduled on September 9, 2015.

On August 27, 2015, a fire occurred on the Premises. The front left corner of the building was burned, some of the Personal Property Assets were destroyed, and much of the Personal Property Assets were left covered in soot and quickly began to rust and oxidize.  After consulting with the auctioneer, the Trustee determined that the best way to proceed was to conduct "single lot" public auction because it was no longer feasible to conduct an auction with multiple lots at the Premises.  A Motion to Modify Sale Procedures was filed and the Order Approving Trustee's Motion to Modify Sale Procedure of Debtor's Personal Property was entered September 30, 2015.   The auction took place on October 14, 2015 and the gross amount received by the Auctioneer was $67,800.00. The Order Approving Report of Auctioneer and Application for Approval of Auctioneer's Fees and Expenses was entered on October 20, 2015.

On or around July 14, 2015, the Trustee obtained insurance coverage on the Personal Property Assets. Based on the auctioneer's opinion regarding value, the Trustee insured the Personal Property Assets in the amount of $35,000.00. After the August 27, 2015 fire, the auctioneer made an onsite inspection of the Personal Property Assets and opined the value was now $13,000 to $15,000.  On August 31, 2015, the Trustee submitted a claim with the insurer seeking recovery for the destroyed Personal Property Assets. Shortly thereafter, the insurer's representative inspected the Personal Property Assets with the Trustee and the Trustee provided the insurer with the opinion letter from the auctioneer.  The Trustee and insurer agreed to a valuation of $14,000. Accordingly, the Trustee and the insurer agreed to a settlement of $20,000, which reflected the amount of insurance, $35,000, less the $14,000 salvage value and less the $1,000 deductible.  Trustee's counsel prepared motion to approve the compromise between the Trustee and the insurer (the "Compromise Motion"). On December 15, 2015, the Court entered an order approving the Compromise Motion.

Claim Issues:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page:    6

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN |
| Case Name: | ALLIED MODEL TRAINS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/06/15 (f) |
| 341(a) Meeting Date: | 08/10/15 |
| Claims Bar Date: | 10/27/15 |

The Trustee did not encounter any claims issues in the administration of this bankruptcy estate.

Tax Issues:

All estate tax returns have been filed.  The bankruptcy estate did not owe any income taxes.  The taxing authorities do
not accept prompt determination requests because the debtor was a "Sub Chapter S Corporation." The Internal Revenue
Service does not issue clearance letters for pass through entities.

Distribution to Creditors:

After full payment of the priority claims, the trustee's administration of this estate is resulting in a 7.4% dividend
to the general unsecured creditors with timely filed claims.

Professionals:

The Trustee determined, in his reasonable business judgment, that issues involving the sale of the personal property and
collecting insurance proceeds warranted retaining legal counsel.  The Trustee retained Sheridan & Rund, PC and an Order
Authorizing Employment was entered on August 26, 2015.

The Trustee also retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant to prepare the
final corporate tax returns.  The Order Authorizing Employment was entered February 12, 2016.

Trustee's Fee:

The Trustee submits that he effectively and efficiently administered this bankruptcy estate and therefore respectfully
requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be allowed in the amount of
$7,925.56. The requested fee is calculated on compensable receipts/disbursements of $93,511.19 as follows:

25% of the first $5,000 =    $1,250.00
10% of the next $45,000 = $4,500.00
5% of the next $950,000 = $2,175.56

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:15-20733    RK   Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | ALLIED MODEL TRAINS, INC. | Date Filed (f) or Converted (c): | 07/06/15 (f) |
| | | 341(a) Meeting Date: | 08/10/15 |
| | | Claims Bar Date: | 10/27/15 |

Total Fee:  $7,925.56

Bank Service Fees:

Pursuant to General Order 11-02, the Trustee has incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $2,103.08.  The Trustee seeks approval of this amount pursuant to 11 U.S.C. § 330.

Expenses:

The Trustee is requesting the sum of $1,024.52 for postage, photocopies and attorney service delivery charges.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2017:

All assets have been fully administered and the trustee concluded his investigation into the debtor's final affairs. Final tax returns were prepared during February 2017 and the Trustee anticipates filing his final report within the next 90 days.  The Trustee does not anticipate that tax issues or claims issues will delay closing.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2016:

All inventory and equipment sold.  Please refer to asset number 5 for a detailed description of the sale which was approved pursuant to order enterd August 26, 2015.  Trustee obtained insurance for the assets thru Great American Insurance Company, policy number 1134134.  Trustee is currently investigating the debtor's financial affairs before proceeding to close the case.  The Trustee does not anticipate that tax issues or claims issues will delay closing.

The Trustee retained Sheridan & Rund, PC as his general counsel and the order authorizing employment was entered August 26, 2015.  The Trustee also retained Hahn Fife & Company, LLP as accountants and the order authorizing employment was entered February 12, 2016.

March 13, 2017, 02:16 pm Receive and review bank statement and reconcile account.
February 15, 2017, 09:00 am   Receive and review estate tax returns; draft related correspondence.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No: | 2:15-20733   RK   Judge: ROBERT KWAN |
| Case Name: | ALLIED MODEL TRAINS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/06/15 (f) |
| 341(a) Meeting Date: | 08/10/15 |
| Claims Bar Date: | 10/27/15 |

February 14, 2017, 12:59 pm Receive and review bank statement and reconcile account.

February 11, 2017, 08:55 am   Draft correspondence to D. Fife re: tax returns; receive and review correspondence from A.

Lee re: creditor Brooks not wanted to pursue claims against other insiders.

January 11, 2017, 02:55 pm Receive and review bank statement and reconcile account.

December 07, 2016, 03:03 pm Recieve and review bank statement and reconcile account.

November 09, 2016, 02:40 p.m.Recieve and review bank statement and reconcile account.

October 10, 2016, 02:25 pm Recieve and review bank statement and reconcile account.

September 12, 2016, 03:00 pm Recieve and review bank statement and reconcile account.

August 09, 2016, 03:15 pm Recieve and review bank statement and reconcile account.

July  07, 2016, 03:13 pm  Receive and review bank statement and reconcile account.

June 10, 2016, 02:13 pm Review bank statement and reconcile account.

May 12, 2016, 05:47 pm Review bank statement and reconcile account.

May 03, 2016, 02:48 pm   Draft correspondence to F. Hill re: accounting questions.

April 13, 2016, 04:50 pm Review bank statement and reconcile account.

March 14, 2016, 02:31 pm Review bank statement and reconcile account.

February 16, 2016, 08:49 am Receive and review Order Granting Application to Employ Hahn Fife & Company, LLP as

Accountants entered February 12, 2016

February 10, 2016, 04:12 pm Review bank statement and reconcile account.

January 14, 2016, 03:07 pm Review bank statement and reconcile account.

January 11, 2016, 12:26 pm   Receive and review application to employ accountant; draft related correspondence.

January 06, 2016, 08:09 pm   Draft correspondence to D. Fife re: accountnig issues.

January 05, 2016, 11:41 am   Telephone conference with D. Oberg re: tax issues; draft correspondence to F. Hill re:

payroll tax returns.

December 16, 2015, 08:54 am Receive and review Order Approving Insurance Claim Payment entered December 15, 2015

December 11, 2015, 01:39 pm Review bank statement and reconcile account.

November 17, 2015, 01:30 pm   Receive and review Motion to Compromise; draft related correspondence to A. Lee.

November 12, 2015, 03:46 pm Review bank statement and reconcile account.

November 11, 2015, 09:38 am Receive and review Order Approving Cash Disbursement entered November 10, 2015

October 26, 2015, 10:04 am   Onsite to verify removal of contents.

October 21, 2015, 02:16 pm   Draft Cash Disbursements Motion re insurance.

October 21, 2015, 10:21 am Receive and review Order Approving Report of Auctionner and Application for Approval of

Auctioneer Fees and Expenses entered October 20, 2015

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    9

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN | |
| Case Name: | ALLIED MODEL TRAINS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/06/15 (f) |
| 341(a) Meeting Date: | 08/10/15 |
| Claims Bar Date: | 10/27/15 |

October 16, 2015, 10:58 am    Prepare report of auctioneer; meeting with S. VanHorn.

October 14, 2015, 06:04 pm    Attend auction

October 13 2015, 02:51 pm Review bank statement and reconcile account.

October 07, 2015, 11:11 am    Prepare Proof of Loss and draft correspondence to Megan Mullinax.

October 05, 2015, 03:32 pm    Telephone conference with Liberty Mutual investigator Kimberly Bitt [503-853-4728]

October 01, 2015, 08:53 am Receive and review Order Approving Trustee's Motion to Modify Sale Procedure of Debtor's
Personal Property entered September 30, 2015

September 30, 2015, 01:56 pm    Attend hearing re: motion to modify sale procedures.

September 28, 2015, 08:56 am Receive and review Order Granting Application and Setting Hearing on Shortened Notice
entered September 25, 2015

September 23, 2015, 01:38 pm    Receive and review Motion to Modify Sale Procedures and Application for Order Shortening
Time; draft related correspondence to A. Lee.

September 15 2015, 09:31 am  Review bank statements and reconcile accounts.

September 11, 2015, 01:00 pm    Onsite with David Lowe and Mike Molina.

September 08, 2015, 12:25 pm    Telephone conference with Mike Molina, independent adjuster.

September 08, 2015, 10:02 am    Onsite at location with S. VanHorn.

September 03, 2015, 01:56 pm Continued: Review

September 03, 2015, 12:30 pm    Onsite at location with A. Drucker and Corey Schepeter of Farmers Insurance.

September 01, 2015, 12:07 pm    Prepare Notice of Postponed Auction Sale and Amended Notice of Sale of Estate Property;
prepare Notice of Bar Date to Added Additional Creditors

August 31, 2015, 02:47 pm    Onsite inspection with Advanced Analyis, Inc. and Brian Savage from Culver City Fire
Department.

August 31, 2015, 10:47 am    Complete Great American Claim Form; draft related correspondence to J. Cox.

August 30, 2015, 07:44 pm    Draft correspondence to J. Cox re: fire claim.

August 27, 2015, 03:59 pm Draft correspondence to M. Renna at CA Hobby Distributors re: file Proof of Claim with Court.

August 27, 2015, 09:06 am Receive and review Order Approving Retention of Van Horn Auctions & Appraisal Group, LLC as
Auctioneers and Sales Procedures entered August 26, 2015

August 27, 2015, 09:05 am Receive and review Order Granting Application to Employ General Bankruptcy Counsel entered
August 26, 2015

August 21, 2015, 11:56 am    Receive, review and respond to correspondence from S. Lew re: tax returns and lease; draft
correspondence to D. Oberg re: amended schedule F.

August 20, 2015, 10:34 am    Onsite to oversee inventory and auction preparationsl receive, review and respond to

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:15-20733    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | ALLIED MODEL TRAINS, INC. | Date Filed (f) or Converted (c): | 07/06/15 (f) |
| | | 341(a) Meeting Date: | 08/10/15 |
| | | Claims Bar Date: | 10/27/15 |

correspondence from S. Lew re: bank statements.

August 12, 2015, 04:24 pm  Review bank statements and reconcile accounts.

August 11, 2015, 04:19 pm Continued: Review

August 06, 2015, 04:17 pm   Review and revise Application to Employ Counsel: related conference with A. Lee.

July 28, 2015, 12:39 pm  Review Motion to Sell; draft realted correspondence to A. Lee.

July 24, 2015, 12:23 pm  Telephone conference with A. Drucker re: offer to purchase

July 21, 2015, 05:09 pm  Telephone conference with S. Van Horn re offer from A. Drucker.

July 20, 2015, 12:48 pm  On site meeting with Alan Drucker.

July 14, 2015, 03:23 pm  Telephone conference with Alan Drucker, landlord.

July 14, 2015, 11:33 am   Review business records and insurance policy; draft correspoend to J. Cox re: obtaining insurance.

July 10, 2015, 12:33 pm  Site inspection with S. Van Horn


Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 09/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

Case No:        2:15-20733 -RK

Case Name:    ALLIED MODEL TRAINS, INC.

Trustee Name:        JASON M. RUND, TRUSTEE

Bank Name:        UNION BANK

Account Number / CD #:        *******1542  Checking Account (Non-Interest Earn

Taxpayer ID No:    *******2904

For Period Ending:    03/31/18

Blanket Bond (per case limit):    $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/15 | 1 | Bank of the West | Turnover of bank account | 1129-000 | 335.05 | | 335.05 |
| | | BNP Paribas Group | Cashier's Check purchased by Fred Hill representing | | | | |
| | | | Bank of America account funds. | | | | |
| 07/17/15 | 1 | Bank of America, N.A. | Turnover of bank account | 1129-000 | 5,376.14 | | 5,711.19 |
| | | Phoenix, AZ | | | | | |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,696.19 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,681.19 |
| 10/16/15 | 5 | Van Horn Auctions and Appraisal Group | Gross auction proceeds | 1129-000 | 67,800.00 | | 73,481.19 |
| | | 26895 Aliso Creek Road, Suite B569 | Order approving sale procedures and sale of personal | | | | |
| | | Aliso Viejo, CA 92656 | property entered August 26, 2015 and order | | | | |
| | | | approving modified sale procedures entered | | | | |
| | | | September 30, 2015. | | | | |
| 10/21/15 | 6 | Great American Insurance Company | Post petition insurance claim | 1290-000 | 20,000.00 | | 93,481.19 |
| | | P.O. Box 297 | Trustee is treating the deposit as "other receipts" | | | | |
| | | Cincinnati, OH 45201 | under UTC 1290 because it does not relate a the | | | | |
| | | | liquidation of a pre-petition asset. | | | | |
| 10/23/15 | 040001 | Van Horn Auctions & Appraisal Group, LLC | Auctioneers Fee - Buyers Premium | 3610-000 | | 7,800.00 | 85,681.19 |
| | | 26895 Aliso Creek Road, Suite B, #569 | Order Approving Report of Auctioneer and | | | | |
| | | Aliso Viejo, CA 92656 | Application for Approval of Auctioneer's Fees and | | | | |
| | | | Expenses entered October 20, 2015 | | | | |
| 10/23/15 | 040002 | Van Horn Auctions & Appraisal Group, LLC | Auctioneer Expenses | 3620-000 | | 7,671.43 | 78,009.76 |
| | | 26895 Aliso Creek Road, Suite B, #569 | Order Approving Report of Auctioneer and | | | | |
| | | Aliso Viejo, CA 92656 | Application for Approval of Auctioneer's Fees and | | | | |
| | | | Expenses entered October 20, 2015 | | | | |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 77,994.76 |
| 11/10/15 | 040003 | Trustee Insurance Agency | Insurance on Inventory | 2420-000 | | 561.75 | 77,433.01 |
| | | 2813 West Main | Statement number:  2342 | | | | |
| | | Kalamazoo, MI 49006 | Order approving cash disbursements entered | | | | |
| | | | November 10, 2015 | | | | |

Page Subtotals        93,511.19        16,078.18

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 2:15-20733  -RK | |
| Case Name: | ALLIED MODEL TRAINS, INC. | |
| | | |
| Taxpayer ID No: | *******2904 | |
| For Period Ending: | 03/31/18 | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1542  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 55.84 | 77,377.17 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 111.84 | 77,265.33 |
| 01/11/16 | 040004 | International Sureties, LTD | Bond Payment - Bond Number 01603086 | 2300-000 | | 42.49 | 77,222.84 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 114.98 | 77,107.86 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 114.45 | 76,993.41 |
| 03/14/16 | 040005 | International Sureties, LTD | Bond Payment- Bond Number 016030867 | 2300-000 | | 5.02 | 76,988.39 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.89 | 76,881.50 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 114.08 | 76,767.42 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.25 | 76,657.17 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 113.75 | 76,543.42 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.94 | 76,433.48 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 113.42 | 76,320.06 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 113.25 | 76,206.81 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.45 | 76,097.36 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.92 | 75,984.44 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 109.12 | 75,875.32 |
| 01/25/17 | 040006 | International Sureties, LTD | Bond Payment- Bond Number 016030867 | 2300-000 | | 39.61 | 75,835.71 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.60 | 75,723.11 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.73 | 75,610.38 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 101.64 | 75,508.74 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.35 | 75,396.39 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.58 | 75,287.81 |
| 10/02/17 | 040007 | JASON M. RUND | Chapter 7 Compensation/Fees | 2100-000 | | 7,925.56 | 67,362.25 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 10,070.76 |

Ver: 20.00e

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 2:15-20733 -RK | |
| Case Name: | ALLIED MODEL TRAINS, INC. | |

| | | |
|---|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******1542  Checking Account (Non-Interest Earn | |

| | | |
|---|---|---|
| Taxpayer ID No: | *******2904 | |
| For Period Ending: | 03/31/18 | |

| | | |
|---|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA  90245 | | | | | |
| 10/02/17 | 040008 | JASON M. RUND 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA  90245 | Chapter 7 Expenses | 2200-000 | | 1,024.52 | 66,337.73 |
| 10/02/17 | 040009 | SHERIDAN & RUND PC 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA 90245 | Attorney's Fees | 3110-000 | | 12,220.00 | 54,117.73 |
| 10/02/17 | 040010 | HAHN FIFE & COMPANY LLP Donald T. Fife, CPA 790 East Colorado Blvd., 9th Floor Pasadena, CA 91101 | Accountant's Fees | 3410-000 | | 6,885.00 | 47,232.73 |
| 10/02/17 | 040011 | HAHN FIFE & COMPANY LLP Donald T. Fife, CPA 790 East Colorado Blvd., 9th Floor Pasadena, CA 91101 | Accountant's Expenses | 3420-000 | | 334.60 | 46,898.13 |
| 10/02/17 | 040012 | FRANCHISE TAX BOARD ADMINISTRATIVE BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim 000012A, Payment 100.00000% (12-1) 5914 | 2820-000 | | 1,623.54 | 45,274.59 |
| 10/02/17 | 040013 | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Claim 000001, Payment 100.00000% | 5800-000 | | 858.25 | 44,416.34 |
| 10/02/17 | 040014 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH MIC-55 PO BOX 942879 SACRAMENTO CA 94279-0055 | Claim 000006A, Payment 100.00000% | 5800-000 | | 1,673.00 | 42,743.34 |
| 10/02/17 | 040015 | WOODLAND SCENICS PO BOX 98 | Claim 000002, Payment 7.35999% | 7100-000 | | 94.79 | 42,648.55 |

| | | | Page Subtotals | | 0.00 | 24,713.70 | |

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| | |
|---|---|
| Case No: | 2:15-20733 -RK |
| Case Name: | ALLIED MODEL TRAINS, INC. |
| | |
| Taxpayer ID No: | *******2904 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1542  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LINN CREEK MISSOURI 65052 | | | | | |
| 10/02/17 | 040016 | FRED AND JUDY HILL<br>478 S. MADISON AVE., #2<br>PASADENA, CA 91101 | Claim 000003, Payment 7.35970% | 7100-000 | | 13,453.28 | 29,195.27 |
| 10/02/17 | 040017 | THE ORIGINAL WHISTLE STOP INC<br>2490 E COLORADO BLVD<br>PASADENA CA 91107 | Claim 000004, Payment 7.35904% | 7100-000 | | 59.79 | 29,135.48 |
| 10/02/17 | 040018 | CALIFORNIA HOBBY DISTRIBUTORS<br>415 S. PALM AVE.<br>ALHAMBRA, CA 91803 | Claim 000005, Payment 7.35924% | 7100-000 | | 67.34 | 29,068.14 |
| 10/02/17 | 040019 | CITY OF CULVER CITY<br>FINANCE DEPARTMENT<br>ATTN: TONY CLARKE<br>9770 CULVER CITY BLVD<br>CULVER CITY, CA 90323 | Claim 000007, Payment 7.35864% | 7100-000 | | 19.17 | 29,048.97 |
| 10/02/17 | 040020 | THE SANTA FE RAILWAY HISTORICAL SOCIETY<br>INC<br>ATTN: RAYMOND D WOODS JR<br>1205 S AIR DEPOT BLVD #101<br>MIDWEST CITY, OK 73110-4807 | Claim 000008, Payment 7.35714% | 7100-000 | | 9.27 | 29,039.70 |
| 10/02/17 | 040021 | BRIAN BROOKS<br>167 N. 5TH AVE.<br>MONROVIA, CA 91016 | Claim 000009, Payment 7.35970% | 7100-000 | | 17,615.70 | 11,424.00 |
| 10/02/17 | 040022 | NICHOLAS AND PATRICIA BARONE<br>4500 BLUE STERN DRIVE, APT. 21105<br>PROSPER, TX 75078 | Claim 000010, Payment 7.35971% | 7100-000 | | 11,308.91 | 115.09 |
| 10/02/17 | 040023 | PACIFIC ALARM SYSTEMS<br>C/O GRACE ROVIRA<br>4444 SEPULVEDA BLVD | Claim 000011, Payment 7.35973% | 7100-000 | | 115.09 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 42,648.55 |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 2:15-20733  -RK |
| Case Name: | ALLIED MODEL TRAINS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1542  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******2904 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CULVER CITY, CA 90230 | | | | | |

|  | | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 93,511.19 | 93,511.19 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 93,511.19 | 93,511.19 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 93,511.19 | 93,511.19 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******1542 | 93,511.19 | 93,511.19 | 0.00 |
| | -------------------------- | -------------------------- | -------------------------- |
| | 93,511.19 | 93,511.19 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 20.00e